UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDRA GUADALUPE,

        Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

ORDER

21-CV-278 (PAE)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The defendant requested that the time for submitting the Administrative Record be enlarged. See Docket Entry No. 9. The request was granted and the defendant was directed to file the Administrative Record on or before July 6, 2021. See Docket Entry No. 10. As of the date of this Order, the docket sheet, maintained by the Clerk of Court for this action, does not reflect that the Administrative Record was filed. Therefore, on or before July 12, 2021, the parties shall advise the Court, in writing, of the status of this action.

Dated: New York, New York
       July 8, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE