**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SANDRA GUADALUPE,

                     Plaintiff,                    21 **CIVIL** 0278 (PAE)(JW)

      -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 29, 2022, that this action be, and hereby is, remanded the Court remands this case for further proceedings.

**Dated:**  New York, New York
           August 31, 2022

                                                          **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                 **BY:**

                                                                    **Deputy Clerk**